UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHERIE BEZNAIGUIA, PAULA EBORN,  :
MARYLYNN GILBERT, TERRI HEADRICK  :
(DAVIDSON), ALLAN HINMAN, TRUDY  :
HOLMAN, BONNIE JONES, DONNA KELLEY, :
DEBRA KLEIN, LINDA LANGE, NANCY  :
LARSON, MADELLAN MCCONNELL,  :
MERRIJANE MORGHEIM, SHIRLEY  :
PARKER, JANET PERRY, TYLIESE SCHLITT, :
LAVONNE SCHULTZ, AND DEBRA  :
STRICKER,  :
                                    :
      Plaintiffs.                 :     Civil Action
v.                                  :     No. 04-11247-GAO
                                    :
                                    :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME  :
PRODUCTS CORPORATION; WYETH  :
PHARMACEUTICALS, INC F/K/A WYETH-  :
AYERST PHARMACEUTICALS, INC., A  :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER  :
INGELHEIM PHARMACEUTICALS, INC.,  :
                                    :
      Defendants.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

      Please enter our appearance as counsel of record for Defendant Boehringer

Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004                    Respectfully submitted,
      Boston, Massachusetts

                                        /s/Matthew J. Matule
                                        Matthew J. Matule (BBO #632075)
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
Of Counsel:                             One Beacon Street
Barbara Wrubel                          Boston, Massachusetts 02108
Katherine Armstrong                     (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                          Counsel for Defendant
                                        Boehringer Ingelheim Pharmaceuticals, Inc.